Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case)     Case Number **09–40655**

# UNITED STATES BANKRUPTCY COURT
### District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/27/09.

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Debtor(s):**
Sherrell Anne Schneiderman
dba  On The Spot Photography Shop
fka  Sherrell Anne Duraso
46556 – 264th St.
Sioux Falls, SD 57107

| **Case Number:** <br> 09–40655 | **Social Security/Taxpayer ID Numbers:** <br> xxx–xx–2863 |
|---|---|
| **Attorney for Debtor(s):** <br> Thomas A. Blake <br> #202, 505 W 9th St <br> Sioux Falls, SD 57104 <br> Telephone number: (605) 336–1216 | **Bankruptcy Trustee:** <br> Lee Ann Pierce <br> Trustee <br> PO Box 524 <br> Brookings, SD 57006 <br> Telephone number: 605–692–9415 |

### Meeting of Creditors:

Date: **October 2, 2009**     Time: **01:30 PM**     Location: **Suite 300, 314 S. Main Ave., Sioux Falls, SD 57104**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**To File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts: 12/1/09**

**To Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** <br> 400 S. Phillips Ave., Room 104 <br> Sioux Falls, SD 57104–6851 <br> Telephone number: 605–357–2400 <br> www.sdb.uscourts.gov | **For the Court:** <br> Frederick M. Entwistle <br> Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:     Monday – Friday 8:00 AM – 5:00 PM | Date: 8/27/09 |

### SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side.  *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online, using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0869-4          User: mnels              Page 1 of 1              Date Rcvd: Aug 27, 2009
Case: 09-40655                Form ID: b9a             Total Noticed: 35

The following entities were noticed by first class mail on Aug 29, 2009.
 db          +Sherrell Anne Schneiderman,    46556 - 264th St.,    Sioux Falls, SD 57107-6903
 aty          Stephanie C. Bengford,    Assistant U.S. Attorney,    PO Box 2638,    Sioux Falls, SD  57101-2638
 aty         +Thomas A. Blake,    #202, 505 W 9th St,    Sioux Falls, SD 57104-3667
 tr          +Lee Ann Pierce,    Trustee,    PO Box 524,    Brookings, SD 57006-0524
 ust          Bruce J. Gering,    314 South Main Avenue, Suite 303,    Sioux Falls, SD  57104-6462
949697        Alltel,    Bldg. 4, Fifth Floor,    One Allied Dr.,    Little Rock, AR  72202-2099
949698       +Citi Cards,    PO Box 6062,    Sioux Falls, SD 57117-6062
949700       +Citifinancial,    3208 E. 10th St.,    Sioux Falls, SD 57103-2105
949701       +Credit Collection Bureau,    1212 W. Elkhorn St.,    Sioux Falls, SD 57104-0246
949702        Credit Collections Bureau,    Professional Debt Collectors,    PO Box 90508,
               Sioux Falls, SD  57109-0508
949704        Department Of Education,    PO Box 7063,    Utica, NY  13504-7063
949703        Department Of Education,    PO Box 9001560,    Louisville, KY  40290-1560
949705       +Equifax,    Attn: Dispute Department,    PO Box 740256,    Atlanta, GA 30374-0256
949706       +Experian,    Attn: Dispute Department,    PO Box 2002,    Allen, TX 75013-2002
949709        General Motors Credit,    PO Box 380902,    Bloomington, MN  55438-0902
949710       +Home Federal Bank,    PO Box 5000,    Sioux Falls, SD 57117-5000
949712        Nelnet Education Planning & Financing,    PO Box 82561,    Lincoln, NE  68501-2561
949713        Nelnet, Inc.,    PO Box 2970,    Omaha, NE  68103-2970
949714        Paypal Buyer Credit,    PO Box 960080,    Orlando, FL  32896-0080
949715       +Planned Parenthood,    Central Billing,    1965 Ford Pkwy.,    St. Paul, MN 55116-1923
949718       +Sanford Clinic Gastroenterology,    1201 S. Euclid Ave.,    Sioux Falls, SD 57105-7700
949719       +Sanford USD Medical Center,    PO Box 5074,    Sioux Falls, SD 57117-5074
949722       +Trans Union Corporation,    Attn: Dispute Department,    PO Box 1000,    Chester, PA 19022-2001
949723        Wells Fago Financial Cards,    PO Box 98791,    Las Vegas, NV  89193-8791
949724        Wells Fargo Bank,    PO Box 5943,    Sioux Falls, SD  57117-5943
The following entities were noticed by electronic transmission on Aug 27, 2009.
949696        EDI: AFNIRECOVERY.COM Aug 27 2009 18:04:00     Afni, Inc.,    PO Box 3427,
               Bloomington, IL  61702-3427
949699        EDI: CIAC.COM Aug 27 2009 18:04:00     Citifinancial,    PO Box 6931,    The Lakes, NV  88901-6931
949707       +EDI: RMSC.COM Aug 27 2009 17:58:00     GE Money Bank,    Attn: Bankruptcy Dept.,    PO Box 103104,
               Roswell, GA 30076-9104
949708       +EDI: RMSC.COM Aug 27 2009 17:58:00     GEMB,    PO Box 981064,    El Paso, TX 79998-1064
949711        EDI: HFC.COM Aug 27 2009 17:58:00     HSBC Retail Services,    Dept. 7680,
               Carol Stream, IL  60116-7680
949717        EDI: RMSC.COM Aug 27 2009 17:58:00     Sam's Club,    PO Box 981064,    El Paso, TX  79998-1064
949716        EDI: RMSC.COM Aug 27 2009 17:58:00     Sam's Club,    PO Box 960013,    Orlando, FL  32896-0013
949720       +EDI: WTRRNBANK.COM Aug 27 2009 17:58:00     Target National Bank,    PO Box 59317,
               Minneapolis, MN 55459-0317
949721       +EDI: WTRRNBANK.COM Aug 27 2009 17:58:00     Target National Bank,    3901 W. 53rd St.,
               Sioux Falls, SD 57106-4221
949724        EDI: WFFC.COM Aug 27 2009 17:58:00     Wells Fargo Bank,    PO Box 5943,
               Sioux Falls, SD  57117-5943
949725        EDI: HFC.COM Aug 27 2009 17:58:00     Younkers Retail Services,    PO Box 15521,
               Wilmington, DE  19850-5521
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr           U.S. Department of Education
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 29, 2009**               **Signature:**     _Joseph Speetjens_